COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-15-00730-CV

Style:            Shea Palavan v. Brian McCulley and TBW Development, LLC

Date motion filed:   October 2, 2015

Type of Motion:    Objection to Mediation

Party filing motion:   Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated September 24, 2015.

Judge's signature: /s/ Laura Carter Higley
                    ☐ Acting individually

Date:  October 6, 2015

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).